IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **Skinny Nutritional Corp.,** | : | |
| Debtor. | : | Case No. 13-13972 (JKF) |
| _____ | | |

## AMENDED ORDER

This 22nd day of November, 2013, it is hereby **ordered** that the **Order (A) Approving Bid Procedures Relating to Sale of Debtor's Assets; (B) Scheduling Hearing to Consider Sale and Approving Form and Matter of Notice; (C) Approving Expense Reimbursement Provision and Break-Up Fee; and (D) Granting Related Relief** appearing on the case docket at entry #186 is amended.  The hearing is rescheduled from January 13, 2014 to **Tuesday, January 14, 2014 at 1:00 p.m.**..

The remainder of the Order located on the case docket at entry #186) shall remain in full force and effect.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge