**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **SKINNY NUTRITIONAL CORP.,** | : | |
| | : | **Bankruptcy No. 13-13972 (JKF)** |
| **Debtor.** | : | |

## NOTICE

NOTICE IS HEREBY GIVEN TO THE UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES-IN-INTEREST THAT:

1. The First and Final Application for Compensation and Reimbursement of Expenses of SSG Advisors, LLC ("SSG" or "Applicant") for the Period September 25, 2013 through March 31, 2014 (the "Final Fee Application") has been filed requesting allowance of compensation in the amount of $150,000.00 and reimbursement of expenses in the amount of $183.93 for the services performed by the Applicant on behalf of the Debtor.

2. The above-referenced Final Fee Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

3. The United States Trustee, any creditor or party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy on counsel for the Debtor, whose name and address is listed below, on or before twenty one (21) days from the date of this Notice.

4. In the absence of any answer, objection or other responsive pleading or request for a hearing, counsel for the Debtor will file with the Clerk of the Court a Certification of No Objection, and the Court may allow the Final Fee Application without a hearing.

Respectfully submitted,

Dated: April 10, 2014

By: */s/ Edmond M. George*

Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, Suite 1900
1617 JFK Boulevard
Philadelphia, PA 19103
Telephone: (215) 665-3000